FILED
CLERK, U.S. DISTRICT COURT
OCT 7 2016
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL VAZQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF LONG BEACH, DAVID M. FARIS, MICHAEL G. HYNES, ROBERT KNIGHT, and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. CV 12-9923-PJW<br>c/w CV 13-3227-PJW<br><br>[Honorable Patrick J. Walsh]<br><br>**JURY VERDICT FORM**<br><br>TRIAL: September 26, 2016 – October 5, 2016 |
| MIGUEL CONTRERAS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF LONG BEACH, Sgt. DAVID M. FARIS #5500, individually and as a peace officer, MICHAEL G. HYNES #6290, individually and as a peace officer, and DOES 1-10, inclusive,<br><br>    Defendants. | |

# JURY VERDICT FORM

In accordance with the instructions given by the Court, we, the jury, unanimously find the following by a preponderance of the evidence:

## PLAINTIFF MIGUEL VAZQUEZ

**Question 1:** Did either or both of the Defendants use excessive force against Plaintiff Vazquez?

Faris:    ✓ Yes    ___ No

Hynes:   ✓ Yes    ___ No

**Question 2:** Did either or both of the Defendants deliberately fabricate evidence that was the basis for the criminal prosecution against Plaintiff Vazquez?

Faris:    ___ Yes    ✓ No

Hynes:   ___ Yes    ✓ No

**Question 3:** Did either or both of the Defendants violate Plaintiff Vazquez's First Amendment rights?

Faris:    ✓ Yes    ___ No

Hynes:   ___ Yes    ✓ No

If you have answered "Yes" for either or both of the Defendants for any of Questions 1, 2 or 3, please proceed to Questions 4 and 5. If you answered "No" for both Defendants on Questions 1, 2, and 3, then skip to Question 6.

**Question 4**: Please state the amount that will fairly compensate Plaintiff Vazquez for his injuries.

$ __375,000.00__

(Fill in dollar figure)

**Only answer Question 5 for either or both Defendant(s) for which you answered "Yes" for Questions 1, 2, and/or 3.**

**Question 5**: Did either or both of the Defendants act maliciously, oppressively, or in reckless disregard when violating Plaintiff Vazquez's rights?

Faris:  _____  __✓__
         Yes        No

Hynes:  _____  __✓__
         Yes        No

**GO TO NEXT PAGE**

## PLAINTIFF MIGUEL CONTRERAS

**Question 6**: Did Defendant Michael Hynes use excessive force against Plaintiff Miguel Contreras?

Answer: __✓__ _____
         Yes        No

**Question 7:** Did Defendants David Faris and/or Michael Hynes falsify probable cause in their reports concerning Plaintiff Miguel Contreras to cause his criminal prosecution?

Faris: _____ __✓__
        Yes        No

Hynes: _____ __✓__
        Yes        No

**Question 8:** Did Defendants David Faris and/or Michael Hynes unlawfully arrest Plaintiff Miguel Contreras without probable cause?

Faris: _____ __✓__
        Yes        No

Hynes: _____ __✓__
        Yes        No

**Question 9:** Did Defendants David Faris and/or Michael Hynes intentionally or recklessly subject Plaintiff Miguel Contreras to emotional distress?

Faris: _____  \_\_\_✓_____
           Yes           No

Hynes: \_\_\_✓_____  _____
           Yes           No

If you have answered "Yes" for either or both Defendants for any of Questions 6, 7, 8 and/or 9, then proceed to Question No. 10. If you have answered "No" for both Defendants on Questions 6 through 9, there are no remaining questions. Please sign the Verdict Form.

**Question 10:** Please state the amount that will fairly compensate Plaintiff Miguel Contreras?

$ \_\_\_$1,250,000 00\_\_\_

(Fill in dollar figure)

Only answer Question 11 for either or both Defendant(s) for which you answered "Yes" for Questions 6, 7, and/or 8.

**Question 11:** Did either or both of the Defendants act maliciously, oppressively, or in reckless disregard when violating Plaintiff Contreras's rights?

Faris: _____  \_\_\_✓_____
           Yes           No

Hynes: _____ ___✓_____
          Yes            No

The foreperson should date and sign the Verdict Form.

DATED: Oct. 7, 2016

███████████████
FOREPERSON