JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| Miguel Vazquez, and<br>Miguel Contreras,<br><br>PLAINTIFF(S)<br>v.<br>City of Long Beach, et al.,<br><br>DEFENDANT(S). | CV 12-9923-PJW and CV 13-3227-PJW |
|  | **JUDGMENT ON THE VERDICT<br>FOR THE PLAINTIFF(S)** |

This action came on for jury trial, the Honorable Patrick J. Walsh _____ Magistrate D̶i̶s̶t̶r̶i̶c̶t̶ X̶X̶X̶X̶X̶
Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Miguel Vazquez and Miguel Contreras _____

_____

recover of the defendant(s):

Miguel Vazquez - $375,000 _____

Miguel Contreras - $1,250,000 _____

_____

the sum of $1,625,000. _____, w̶i̶t̶h̶ ̶i̶n̶t̶e̶r̶e̶s̶t̶ ̶t̶h̶e̶r̶e̶o̶n̶ ̶a̶t̶ ̶t̶h̶e̶ ̶l̶e̶g̶a̶l̶ ̶r̶a̶t̶e̶ ̶a̶s̶
p̶r̶o̶v̶i̶d̶e̶d̶ ̶b̶y̶ ̶t̶h̶e̶ ̶l̶a̶w̶, ̶a̶n̶d̶ ̶i̶t̶s̶ ̶c̶o̶s̶t̶s̶ ̶o̶f̶ ̶a̶c̶t̶i̶o̶n̶, ̶t̶a̶x̶e̶d̶ ̶i̶n̶ ̶t̶h̶e̶ ̶s̶u̶m̶ ̶o̶f̶ ̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶x̶.

Clerk, U. S. District Court

Dated: October 14, 2016 _____

By /s/ Isabel Martinez _____
Deputy Clerk

At: Los Angeles, California _____

cc: *Counsel of record*